**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 159 DB 2023 (5 RST 2024) |
| | : |
| VAHAN SHAHAB MINASSIAN | : Attorney Registration No. 312341 |
| | : |
| PETITION FOR REINSTATEMENT | : (Philadelphia) |
| FROM ADMINISTRATIVE SUSPENSION | : |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2024, the Report and Recommendation of Disciplinary Board Member dated February 1, 2024, is approved and it is ORDERED that VAHAN SHAHAB MINASSIAN, who has been on Administrative Suspension, has demonstrated that the petitioner has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.